**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-80097 Artau/Matthewman**

**UNITED STATES OF AMERICA**

**v.**

**CARMEN MERCEDES LINEBERGER,**

 **Defendant.**
_____/

## JOINT NOTICE OF AGREED TRIAL DATE AND RELATED DEADLINES

The parties conferred as to a proposed trial date and corresponding discovery and pretrial deadlines pursuant to Rules 88.9 and  88.10(o)(6) of the Southern District of Florida Local Rules (SDFLR) and the Federal Rules of Criminal Procedure.  In accordance therewith, the parties request that a trial of this matter be set for April 2027, given the nature of the case, the discovery issues related thereto and the complexity of the anticipated pretrial filings.

Accordingly, the parties jointly request that the trial of this matter be set for April 2027, with corresponding discovery and filing deadlines in

accordance with the Southern District of Florida Local Rules and the Federal

Rules of Criminal Procedure.

Respectfully submitted,

TODD BLANCHE
Acting United States Attorney
General

JOHN P. HEEKIN
UNITED STATES ATTORNEY
Northern District of Florida

By:  s/ *Christie S. Utt*
CHRISTIE S. UTT
Special Attorney to the United
States Attorney
Acting Under Authority Conferred
by 28 U.S.C. § 515
300 E. University Avenue, Suite
310
Gainesville, FL   32601
Tel: (352)378-7365
Email: Christie.Utt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

s/ *Christie S. Utt*
CHRISTIE S. UTT
Special Attorney to the United
States Attorney
Acting Under Authority Conferred
by 28 U.S.C. § 515

2